(104 So. 340)

**Ex parte Mark McNARON. (6 Div. 419.)**

(Supreme Court of Alabama.   May 14, 1925.)

Certiorari to Court of Appeals.

M. B. Grace and F. D. McArthur, both of Birmingham, for petitioner.

Harwell G. Davis, Atty. Gen., opposed.

PER CURIAM.   Petition of Mark McNaron for certiorari to Court of Appeals to review and revise the judgment and decision of that court in McNaron v. State, 20 Ala. App. 529, 104 So. 339.

Writ denied.

ANDERSON, C. J., and SAYRE, GARDNER, and MILLER, JJ., concur.